Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Myron Simmons,**
**on behalf of himself and all others**
**Similarly situated,**                )
                                       )
      **Plaintiff,**        )
                                       )
      vs.                   )   Case Number: 20-cv-1048
                                       )
**Citizens Equity First Credit Union, et al,** )
                                       )
      **Defendant.**         )

## JUDGMENT IN A CIVIL CASE

    **DECISION BY THE COURT.**    This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for lack of subject matter jurisdiction.

**Dated:**   7/13/2020

                                                  s/ Shig Yasunaga
                                                  Shig Yasunaga
                                                  Clerk, U.S. District Court